**Dismissed and Memorandum Opinion filed March 24, 2022.**



**In The**

## Fourteenth Court of Appeals

**NO. 14-22-00042-CV**

## TAYLOR MORRISON OF TEXAS INC. AND TAYLOR WOODROW COMMUNITIES-LEGUE CITY, LTD, Appellants

**V.**

## GINGER M. WOOD, Appellee

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 20-CV-0533**

### MEMORANDUM OPINION

This is an attempted appeal from a discovery and docket control order signed January 4, 2022. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex.

2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding). The docket control order being appealed is neither a final judgment, nor an appealable interlocutory order. *See Thomas v. Pugliese*, No. 02-17-00407-CV, 2017 WL 6616243 at *1 (Tex. App.—Fort Worth Dec. 21, 2017, no pet.) (mem. op.) (dismissing appeal of scheduling order for want of jurisdiction).

On March 1, 2022, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before March 14, 2022. *See* Tex. R. App. P. 42.3(a). Appellant did not respond.

Accordingly, the appeal is dismissed.


PER CURIAM


Panel consists of Justices Wise, Hassan, and Spain.